# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-00526-CJC (KSx) | Date | May 8, 2020 |
|---|---|---|---|
| Title | Richard Cooks v. JEM Enterprise | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Gabriela Garcia                                         Not Reported
Deputy Clerk                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                           None Present

**PROCEEDINGS:**       **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

---

This action was filed on January 17, 2020.   On April 21, 2020, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before April 21, 2020 why this action should not be dismissed for lack of prosecution.   Plaintiff has failed to respond to the Court's Order.   Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [8] issued on April 21, 2020 discharged.

-        :        -

Initials of Deputy Clerk   gga

cc: